**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02639-CYC

COLORADO FIREARMS, AMMUNITION AND ACCESSORIES, LLC d/b/a
CENTENNIAL GUN CLUB, a Colorado limited liability company; AMERICAN
HUNTING & FIREARMS SERVICE, LLC d/b/a SALIDA GUNSHOP, a Colorado
limited liability company; THE LEADVILLE ARMORY, LLC, a Colorado limited
liability company; COLORADO STATE SHOOTING ASSOCIATION, a Colorado
nonprofit corporation; and COLORADO FEDERAL FIREARMS LICENSEE
ASSOCIATION, a Colorado nonprofit corporation,

     *Plaintiffs*,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado; PHILIP
WEISER, in his official capacity as Attorney General of the State of Colorado; and
HEIDI HUMPHREYS, in her official capacity as the Executive Director of the
Colorado Department of Revenue,

     *Defendants*.

---

**Unopposed Motion to Reschedule the Rule 16(b)
Scheduling Conference and to Postpone Related Deadlines**

---

Plaintiffs submit this unopposed motion to reschedule the Rule 16(b)

scheduling conference and to postpone related deadlines, and states:

**Conferral Statement**

Counsel for Plaintiffs conferred with counsel for Defendants about the relief

requested in this motion. Defendants do not oppose the requested relief.

**Unopposed Motion**

1.    Plaintiffs filed their complaint on June 12, 2026.

2.    The Rule 16(b) scheduling conference is currently scheduled for August 13, 2026.

3.    On June 18, 2026, counsel for Defendants waived service of process. In accordance with Fed. R. Civ. P. 4, Defendants' deadline to respond to the complaint is August 17, 2026, which is four days after the currently scheduled Rule 16(b) conference.

4.    Plaintiffs respectfully submit that rescheduling the Rule 16(b) conference to a date after Defendants have responded to the complaint and appropriately postponing the deadlines to file a proposed scheduling order and serve Rule 26(a)(1) disclosures would promote judicial economy and enable the parties and the Court to have a more informed conference regarding the factors to be addressed under Rule 16(b).

5.    The parties have not yet held a Rule 26(f) conference, but they are coordinating to discuss the case, including Defendants' intended motion to dismiss, within the next two weeks. The parties will hold a formal Rule 26(f) conference pursuant to a new scheduling order date.

6.    The parties agree that continuing the Rule 12(b) scheduling conference to at least 21 days after Defendants' August 17, 2026, response deadline would benefit the parties and the Court.

7.    No party will be prejudiced by the relief requested in this motion, and this motion has not been brought for any improper purpose.

8.    For these reasons, Plaintiffs respectfully request that the Court reschedule the Rule 16(b) conference for a date 21 days after August 17, 2026, and

also appropriately postpone the deadlines to file a proposed scheduling order and serve Rule 26(a)(1) disclosures.

Dated: July 23, 2026.                    Respectfully submitted,


                                     *s/Robert J. Bucknam*
                                     Julian R. Ellis, Jr.
                                     Robert J. Bucknam
                                     First & Fourteenth PLLC
                                     2 N. Cascade Ave., Suite 1430
                                     Colorado Springs, CO 80903
                                     Phone: (719) 428-4937
                                     Email: julian@first-fourteenth.com
                                              rob@first-fourteenth.com

                                     Michael Francisco
                                     First & Fourteenth PLLC
                                     800 Connecticut Avenue, Suite 300
                                     Washington, D.C. 20006
                                     Phone: (202) 784-0522
                                     Email: michael@first-fourteenth.com

                                     *Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on July 23, 2026, I electronically filed the foregoing **Unopposed Motion to Reschedule the Rule 16(b) Scheduling Conference and to Postpone Related Deadlines** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Lane Towery, lane.towery@coag.gov
Lily E. Nierenberg, lily.nierenberg@coag.gov

*Attorneys for Defendants*
*Governor Jared Polis and*
*Attorney General Philip Weiser*

Ruchi Kapoor, ruchi@kapoorlp.com

*Attorney for Executive Director*
*of the Colorado Dept. of Revenue*
*Heidi Humphreys*

> *s/Thalia Mederos*
> Thalia Mederos, Paralegal