**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02639-PAB-CYC

COLORADO FIREARMS, AMMUNITION AND ACCESSORIES, LLC d/b/a CENTENNIAL GUN CLUB, a Colorado limited liability company; AMERICAN HUNTING & FIREARMS SERVICE, LLC d/b/a SALIDA GUNSHOP, a Colorado limited liability company; THE LEADVILLE ARMORY, LLC, a Colorado limited liability company; COLORADO STATE SHOOTING ASSOCIATION, a Colorado nonprofit corporation; and COLORADO FEDERAL FIREARMS LICENSEE ASSOCIATION, a Colorado nonprofit corporation,

*Plaintiffs*,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado; PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado; and HEIDI HUMPHREYS, in her official capacity as the Executive Director of the Colorado Department of Revenue,

*Defendants*.

---

**Notice of Stipulated Partial Dismissal**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the voluntary dismissal without prejudice of (1) all claims against Defendant Jared Polis; and (2) Plaintiffs' Claim 3 (Violation of Article II, Section 7 of the Colorado Constitution) against all defendants. Dismissal is without prejudice, and Plaintiffs and the Governor are to pay their own fees and costs.

Plaintiffs continue to assert Claim 1 (Violation of the Fourth Amendment – 42 U.S.C. § 1983) and Claim 2 (Declaratory Judgment – 28 U.S.C. § 2201) against Defendants Philip Weiser and Heidi Humphreys. Defendants reserve all defenses as

to the remaining claims.

The Parties request that Defendant Polis be removed from the case caption.

Respectfully submitted this 26th day of August, 2026.

*s/Julian R. Ellis, Jr.*
Julian R. Ellis, Jr.
Robert J. Bucknam
First & Fourteenth PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
Phone: (719) 428-4937
Email: julian@first-fourteenth.com
rob@first-fourteenth.com

Michael Francisco
First & Fourteenth PLLC
800 Connecticut Avenue, Suite 300
Washington, D.C. 20006
Phone: (202) 784-0522
Email: michael@first-fourteenth.com

*Attorneys for Plaintiffs*

PHILIP J. WEISER
Attorney General

*s/Ruchi Kapoor*
Alan Call*
Senior Assistant Attorney General
Ruchi Kapoor*
Assistant Attorney General
Marijuana, Liquor & Bankruptcy Unit
| Revenue & Regulatory Law Section
Colorado Department of Law
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6369
Email: alan.call@coag.gov;
ruchi.kapoor@coag.gov
*Attorney for Defendant Executive Director Humphreys*

*s/Lily E. Nierenberg*
Lily E. Nierenberg*
Senior Assistant Attorney General
Lane Towery*
Assistant Attorney General
Public Officials Unit | State Services Section
Colorado Department of Law
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6851 (Nierenberg);
720.508.6470 (Towery)
Email: lily.nierenberg@coag.gov;
Lane.towery@coag.gov
*Attorney for Defendants Governor Jared Polis and Attorney General Philip Weiser*

* Counsel of Record

## Certificate of Service

I hereby certify that on August 26, 2026, I electronically filed the foregoing **Notice of Stipulated Partial Dismissal** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Lane Towery, lane.towery@coag.gov
Lily E. Nierenberg, lily.nierenberg@coag.gov

*Attorneys for Defendants*
*Governor Jared Polis and*
*Attorney General Philip Weiser*

Alan Call, alan.call@coag.gov
Ruchi Kapoor, ruchi.kapoor@coag.gov

*Attorney for Executive Director*
*of the Colorado Dept. of Revenue*
*Heidi Humphreys*

*s/Thalia Mederos*
Thalia Mederos, Paralegal